

1:23-cr-00116
Judge Mary M. Rowland
Magistrate Judge Jeffrey Cole

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Aug 17, 2023

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | No. 23 CR 116 |
| v. | ) | |
| | ) | Violation: Title 18, United States |
| DENNIS WILLIAMS | ) | Code, Section 1201(a)(1) |
| | ) | |
| | ) | |

The SPECIAL JANUARY 2023 GRAND JURY charges:

On or about August 2, 2022, at Dolton, in the Northern District of Illinois, Eastern Division,

DENNIS WILLIAMS,

defendant herein, unlawfully seized, confined, inveigled, kidnapped, abducted, and carried away Victim 1, and otherwise held Victim 1 for defendant's own purpose and benefit, and in committing and in furtherance of the commission of the offense used a means, facility, and instrumentality of interstate and foreign commerce;

In violation of Title 18, United States Code, Section 1201(a)(1).

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY