
FILED
6/6/2024
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

VKM

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**23-cr-116
Judge: Mary M. Rowland
Magistrate Judge: Jeffrey Cole
Category 3**

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) No.  23 CR 116 |
| v. | ) |
| | ) Violations:  Title 18, United States |
| DENNIS WILLIAMS, | ) Code, Sections 1201(a)(1) and |
| also known as, "Ace" | ) 1591(a)(1), (b)(1), (b)(2), and (c) |
| | ) |
| | ) **SUPERSEDING INDICTMENT** |
| | ) |

## COUNT ONE

The SPECIAL JANUARY 2023 GRAND JURY charges:

Beginning no later than in or around June 2022, and continuing until in or around July 2022, at Lansing, in the Northern District of Illinois, Eastern Division, and elsewhere,

DENNIS WILLIAMS,
also known as "Ace,"

defendant herein, in and affecting interstate commerce, knowingly recruited, enticed, harbored, transported, provided, obtained, advertised, and maintained by any means a person, namely, Victim 1, knowing and in reckless disregard of the fact that means of force, threats of force, fraud, and coercion, and any combination of such means, would be used to cause Victim 1 to engage in a commercial sex act;

In violation of Title 18, United States Code, Sections 1591(a)(1) and (b)(1).

# COUNT TWO

The SPECIAL JANUARY 2023 GRAND JURY further charges:

On or about August 2, 2022, at Dolton, in the Northern District of Illinois, Eastern Division,

DENNIS WILLIAMS,
also known as "Ace,"

defendant herein, unlawfully seized, confined, inveigled, kidnapped, abducted, and carried away Victim 1, and otherwise held Victim 1 for defendant's own purpose and benefit, and in committing and in furtherance of the commission of the offense used a means, facility, and instrumentality of interstate and foreign commerce;

In violation of Title 18, United States Code, Section 1201(a)(1).

# **COUNT THREE**

The SPECIAL JANUARY 2023 GRAND JURY further charges:

Beginning no later than on or about September 29, 2022, and continuing until on or about October 12, 2022, at Lansing, in the Northern District of Illinois, Eastern Division, and elsewhere,

DENNIS WILLIAMS,
also known as "Ace,"

defendant herein, in and affecting interstate commerce, knowingly recruited, enticed, harbored, transported, provided, obtained, advertised, and maintained by any means a person, namely, Victim 2, knowing and in reckless disregard of the fact that means of force, threats of force, fraud, and coercion, and any combination of such means, would be used to cause Victim 2 to engage in a commercial sex act;

In violation of Title 18, United States Code, Sections 1591(a)(1) and (b)(1).

## COUNT FOUR

The SPECIAL JANUARY 2023 GRAND JURY further charges:

Beginning in or around September 2022, and continuing until in or around October 2022, at Lansing, in the Northern District of Illinois, Eastern Division, and elsewhere,

DENNIS WILLIAMS,
also known as "Ace,"

defendant herein, in and affecting interstate commerce, knowingly recruited, enticed, harbored, transported, provided, obtained, and maintained by any means a person, namely, Minor A, having had the reasonable opportunity to observe Minor A, and knowing and in reckless disregard of the fact that: (1) means of force, threats of force, fraud, and coercion, and any combination of such means, would be used to cause Minor A to engage in a commercial sex act; and (2) Minor A had not attained the age of 18 years old and would be caused to engage in a commercial sex act;

In violation of Title 18, United States Code, Sections 1591(a)(1), (b)(1), (b)(2), and (c).

## COUNT FIVE

The SPECIAL JANUARY 2023 GRAND JURY further charges:

Beginning on or about November 29, 2022, and continuing until on or about December 1, 2022, at Lansing, in the Northern District of Illinois, Eastern Division, and elsewhere,

DENNIS WILLIAMS,
also known as "Ace,"

defendant herein, in and affecting interstate commerce, knowingly recruited, enticed, harbored, transported, provided, obtained, advertised, and maintained by any means a person, namely, Victim 3, knowing and in reckless disregard of the fact that means of force, threats of force, fraud, and coercion, and any combination of such means, would be used to cause Victim 3 to engage in a commercial sex act;

In violation of Title 18, United States Code, Sections 1591(a)(1) and (b)(1).

## COUNT SIX

The SPECIAL JANUARY 2023 GRAND JURY further charges:

Beginning on or about December 29, 2022, and continuing until on or about January 10, 2023, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere,

DENNIS WILLIAMS,
also known as "Ace,"

defendant herein, in and affecting interstate commerce, knowingly recruited, enticed, harbored, transported, provided, obtained, advertised, and maintained by any means a person, namely, Victim 4, knowing and in reckless disregard of the fact that means of force, threats of force, fraud, and coercion, and any combination of such means, would be used to cause Victim 4 to engage in a commercial sex act;

In violation of Title 18, United States Code, Sections 1591(a)(1) and (b)(1).

## COUNT SEVEN

The SPECIAL JANUARY 2023 GRAND JURY further charges:

Beginning on or about January 8, 2023, and continuing to on or about January 10, 2023, at Chicago, in the Northern District of Illinois, Eastern Division,

DENNIS WILLIAMS,
also known as "Ace,"

defendant herein, unlawfully seized, confined, inveigled, kidnapped, abducted, and carried away Victim 4, and otherwise held Victim 4 for defendant's own purpose and benefit, and in committing and in furtherance of the commission of the offense used a means, facility, and instrumentality of interstate and foreign commerce;

In violation of Title 18, United States Code, Section 1201(a)(1).

A TRUE BILL:

_____
FOREPERSON

_____
ACTING UNITED STATES ATTORNEY