# Exhibit A

|  **BP-A0288** | **INCIDENT REPORT** |
|---|---|
| | Dept. of Justice / Federal Bureau of Prisons |

**Part I - Incident Report**

| 1. Institution: **CHICAGO MCC** | | Incident Report Number: **4121294** |
|---|---|---|
| 2. Inmate's Name **WILLIAMS, DENNIS** | 3. Register Number **72261-510** | 4. Date of Incident **05-21-2025**    5. Time **1230 hrs** |
| 6. Place of Incident **Unit 17E: Computer Room** | 7. Assignment **ORD 17** | 8. Unit **5 DETC M** |
| 9. Incident **(199 -- DISRUPTIVE CONDUCT-GREATEST) MOST LIKE 108 -- POSSESSING A HAZARDOUS TOOL.** | | 10. Prohibited Act Code(s) **108 199** |

11. Description Of Incident
(Date: **05-21-2025**  Time: **1345 hrs**  staff became aware of incident)

**Inmate WILLIAMS, DENNIS, #72261-510**

**On May 21, 2025, at approximately 1230 hrs, Officer M. Fernandez was assigned as the Housing Officer on Unit 17 E, conducting rounds on the unit. Officer M. Fernandez entered the Computer Room, and observed inmate Williams, Dennis, Reg. No. 722661-510 reaching toward computer 4 (Discovery Computer), removing a drive plugged in to the USB port. Williams was observed attempting to hide the USB drive between his legs, when Officer M. Fernandez ordered Williams to give him the item Williams was attempting to conceal. Williams initially refused to relinquish the USB drive, stating, "Come on Fernandez, its just some music and porn. You the only one who check these damn computers. I'll cleanup for you, man. Come on." Officer M. Fernandez again ordered Williams turn over the item, to which Williams complied. Officer M. Fernandez contacted the SIS Department.**

**On May 21, 2025, at approximately 1245 hrs., one 3.25 inches long by 2 inches wide sized white card displaying a Department of Justice (DOJ) logo with s/n: 0071198, that housed a USB drive, was recovered from Officer M. Fernandez. Williams was escorted to the 4th floor for an interview. Williams stated that the USB drive was given to him by an inmate that left three months ago, and he did not pay for it. I requested the password to access the drive, and Williams stated the USB was not password protected. Williams admitted music videos and pornography were located on the drive. Williams stated he had not given the drive to anyone else outside of the institution to load pornographic material on the USB drive. On May 21, 2025, at approximately 1320 hrs., I reviewed the contents of the USB with s/n: 0071198 and found two folders: one named "Audio", which contained 358 items, 6.12 megabytes of music videos, and a second one named "Discovery" which contained 519 items, 11.8 gigabytes. The "Audio" folder contained music videos, while the "Discovery" folder contained pornographic videos. The files were reviewed for the dates they were created, and one file identified as "Mitchell POD 4927_W_Maypole_Ave_-_9374W-2021-08-04_19H00min00s000ms_1", with a G64X extension, 503,366 kilobytes, was identified as created on April 03, 2025. The DOJ USB drives are provided to individual inmates with legal materials pertaining to their federal criminal case, and password protected. This DOJ USB drive was altered by removing the original legal materials, deleting the password protection and loading it with pornographic materials, identifying that the USB had left the institution at one time and was sent back in.**

**Inmate Williams, Dennis, Reg. No. 72261-510 possessed an altered DOJ USB legal drive that was introduced into MCC Chicago containing pornographic material, in violation of BOP policy.**

12. Typed Name/Signature of Reporting Employee            13. Date And Time

> The Government Paperwork Elimination Act (GPEA) of 1998 authorized Federal Agencies the use of electronic forms, electronic filing, and electronic signatures to conduct office business.

|  BP-A0288 | **INCIDENT REPORT** | | |
|---|---|---|---|
| | Dept. of Justice / Federal Bureau of Prisons | | |
| **C Bouffard** | | **05-21-2025 1515 hrs** | |
| 14. Incident Report Delivered to Above Inmate By (Type Name/Signature) **J. Pollock** | | 15. Date Report Delivered **05-21-2025** | 16. Time Report Delivered **2040 hrs** |

> The Government Paperwork Elimination Act (GPEA) of 1998 authorized Federal Agencies the use of electronic forms, electronic filing, and electronic signatures to conduct office business.

| BP-A0288 | **INCIDENT REPORT** | |
|---|---|---|
| | Dept. of Justice / Federal Bureau of Prisons | |
| Inmate's Name **WILLIAMS, DENNIS** | Register Number **72261-510** | Incident Report Number **4121294** |

**Part II - Committee Action**

17. Comments of Inmate to Committee Regarding Above Incident

   **Incident report & Rights were read to inmate Williams, and he stated that he understood his rights as the incident report was read to him. When asked if he would like to provide a statement, replied, "No comment"**

18. A. It is the finding of the committee that you:

   _ Committed the Prohibited Act as charged.

   — Did not commit a Prohibited Act.

   — Committed Prohibited Act Code(s)

   B. **X** The Committee is referring the Charge(s) to the DHO for further Hearing.

   C. **X** The Committee advised the inmate of its finding and of the right to file an appeal within 20 calendar days.

19. Committee Decision is based on Specific Evidence as Follows:

   **The decision of UDC is based on the recovered white USB drive that inmate Williams tried to conceal between his legs. Once the USB drive was checked, SIS discovered that it contained music, photos and porn on the drive. Therefore, inmate Williams is guilty of code 108- Possessing a Hazardous Tool Disruptive Conduct Greatest Most Like**

20. Committee action and/or recommendation if referred to DHO (Contingent upon DHO finding inmate committed prohibited act)

   **UDC is referring this incident report to the DHO for greater sanctions available at that level. Recommend guilty code 108- Possessing a Hazardous Tool Disruptive Conduct Greatest Most Like. UDC recommends the following sanctions to be considered and/or applied: Loss of 60 days comm 90 days email and any other sanctions the DHO finds suitable for the offense as charged.**

21. Date And Time Of Action **05-23-2025 0936 hrs**    (The UDC Chairman's signature certifies who sat on the UDC and that the completed report accurately reflects the UDC proceedings.)

**Griffin**
_____
Chairman (Typed Name/Signature)

**Griffin**
_____
Member (Typed Name)

_____
Member (Typed Name)

The Government Paperwork Elimination Act (GPEA) of 1998 authorized Federal Agencies the use of electronic forms, electronic filing, and electronic signatures to conduct office business.

Prescribed by P5270                                                     Replaces BP-S288.052

| BP-A0288 | **INCIDENT REPORT** | |
|---|---|---|
| Dept. of Justice / Federal Bureau of Prisons | | |

| Inmate's Name | Register Number | Incident Report Number |
|---|---|---|
| **WILLIAMS, DENNIS** | **72261-510** | **4121294** |

| **Part III - Investigation** | 22. Date & Time Investigation Began |
|---|---|
| | **05-21-2025 2041 hrs** |

23. Inmate Advised of Right To Remain Silent: You are advised of your right to remain silent at all stages of the discipline process. Your silence may be used to draw an adverse inference against you at any stage of the discipline process. Your silence may not be used to support a finding that you have committed a prohibited act.

The Inmate Was Advised Of The Above Right By **J. Pollock**

At (Date/time) **05-21-2025 2042 hrs**

24. Inmate statement and attitude

**Inmate WILLIAMS, DENNIS, #72261-510, was identified, provided a copy of this incident report and verbally advised of his rights.**
**Inmate WILLIAMS, DENNIS, #72261-510 , was read section 11 and given an opportunity to make a statement.   Inmate Williams made no comment.**

25. Other facts about the incident, statements of those persons present at scene, disposition of evidence, etc.

**Incident Report -- (BP-A288)**
**Incident Report - Staff Memorandums -- (BOP-IRMEM)**
**Incident Report - Photographs -- (BOP-IRPHO)**

**Inmate Williams requested no witnesses**
**Inmate Williams requested no staff representative.**

26. Investigator's comments and conclusions

**Based on this report as written, evidence and the supporting documentation it is the conclusion of this investigator that the report is true, accurate, and the inmate is properly charged.**

27. Action taken

**Incident Report referred to UDC. Investigation/evidence supports charges. Inmate placed in Special Housing Unit pending UDC/DHO.**

Date and Time Investigation Completed: **05-21-2025 2142 hrs**

Printed Name/Signature Of Investigator: **J. Pollock**

Investigator Title: **Lieutenant**